UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                                    Chapter 7
                                                                                               Case No: 07-42272-JF
CRAFTS RETAIL HOLDING CORP., et al.,                         (Jointly Administered)

                                            Debtors.
-----------------------------------------------------------------x

## ORDER APPROVING EMPLOYMENT OF LORI LAPIN JONES PPLC
## AS SPECIAL COUNSEL FOR THE TRUSTEE

Upon the application (the "Application") of Lori Lapin Jones, the interim chapter 7 trustee (the "Trustee") of Crafts Retail Holding Corp., et al. (the "Debtors"), dated November 20~~19~~, 2007, seeking entry of an order authorizing the employment of Lori Lapin Jones PLLC as special counsel to the Trustee under the terms and conditions set forth in the Application; and upon the affidavit of Lori Lapin Jones, annexed to the Application as Exhibit A; and it appearing that the employment of Lori Lapin Jones PLLC as special counsel to the Trustee is necessary and in the best interest of the Debtors' estates and creditors; and sufficient cause appearing, it is

**ORDERED** that, pursuant to section 327 (e) of the Bankruptcy Code, the Trustee is hereby authorized to employ Lori Lapin Jones PLLC as her special counsel in these jointly administered cases on the terms and conditions set forth in the Application as of November 7, 2007; and it is further

**ORDERED** that, the retention of Lori Lapin Jones PLLC shall be on behalf of the Trustee as interim trustee and permanent trustee; and it is further

-2-

**ORDERED** that Lori Lapin Jones PLLC shall be paid its fees and reimbursed its expenses only upon application to this Court pursuant to sections 328(b) and 330(a) of the Bankruptcy Code.

Dated: Brooklyn, New York
       December 7, 2007

                                          s/Jerome Feller
                                          Honorable Jerome Feller
                                          United States Bankruptcy Judge

NO OBJECTION:

_/s/ Valerie Millman_____
Office of the United States Trustee
Valerie Millman, Esq.